UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MARK SKLADANY,

    Plaintiff,

v.

NEW JERSEY DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

Civil Action No. 14-3335 (MAS) (LHG)

**ORDER**

This matter has come before the Court on a civil rights Complaint filed by Plaintiff Mark Skladany. Presently before the Court are Defendants' Motion to Dismiss ("Motion") (ECF No. 61), and the Report and Recommendation of the Honorable Lois H. Goodman, U.S.M.J., recommending that the Court grant the Motion and dismiss the case with prejudice due to Plaintiff's failure to comply with court orders and failure to satisfy his discovery obligations (R. &. R., Dec. 19, 2017, ECF No. 62). Having received no objections pursuant to Local Civil Rule 72.1(c)(2), upon review of the Report and Recommendation and the full record, and for good cause shown,

IT IS on this 12th day of January, 2018,

**ORDERED** that the Report and Recommendation of Magistrate Judge Goodman (ECF No. 62) is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court;

**ORDERED** that Defendants' Motion to Dismiss (ECF No. 61) is hereby **GRANTED**;

**ORDERED** that the Complaint is hereby **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that the Clerk shall serve a copy of this Order upon the parties, and shall **CLOSE** the file.

                                                                                                     MICHAEL A. SHIPP
                                                                                                     UNITED STATES DISTRICT JUDGE